CRAIG G. STAUB, Bar No. 172857
cstaub@littler.com
LITTLER MENDELSON, P.C.
633 West Fifth Street
63rd Floor
Los Angeles, CA  90071
Telephone:  213.443.4300
Fax No.:    310.443.4299

SHIVA SHIRAZI DAVOUDIAN, Bar No. 232771
sdavoudian@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA  90067.3107
Telephone:  310.553.0308
Facsimile:   310.553.5583

Attorneys for Defendant
CONTINENTAL AIRLINES

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>CONTINENTAL AIRLINES, INC. aka UNITED CONTINENTAL HOLDINGS, INC.,<br><br>Defendants. | Case No.  CV11-010075 SJO (AJWx)<br><br>S. JAMES OTERO – JUDGE PRESIDING<br><br>**JUDGMENT GRANTING DEFENDANT CONTINENTAL AIRLINES' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 27, 2014<br>Time: 10:00 a.m.<br>Crt Room: 1 – 2nd Floor<br><br>Complaint Filed:   December 20, 2011<br>Motion Hearing Cut-Off: May 27, 2014<br>Pre-Trial Conf.:  June 23, 2014<br>Jury Trial Date:  July 1, 2014 14, 2014 |

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RAYMOND RANDALL, | Case No. CV11-010075 SJO (AJWx) |
|---|---|
| Plaintiff, | S. JAMES OTERO – JUDGE PRESIDING |
| v. | **JUDGMENT GRANTING DEFENDANT CONTINENTAL AIRLINES' MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |
| CONTINENTAL AIRLINES, INC. aka UNITED CONTINENTAL HOLDINGS, INC., | |
| Defendants. | |
| | Date: May 27, 2014<br>Time: 10:00 a.m.<br>Crt Room: 1 – 2nd Floor |
| | Complaint Filed: December 20, 2011<br>Motion Hearing Cut-Off: May 27, 2014<br>Pre-Trial Conf.: June 23, 2014<br>Jury Trial Date: July 1, 2014 14, 2014 |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Motion") of Defendant Continental Airlines ("Defendant" or "Continental") came on regularly for hearing on May 27, 2014, the Honorable S. James Otero presiding.

The Court, having considered the evidence proffered in support of and in opposition to Defendant's Motion, having read and considered the supporting, opposition and reply points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED** and JUDGMENT shall be entered in favor of Defendant as follows:

**A.  Wrongful Termination In Violation of Public Policy**

1.  Plaintiff's claim for wrongful termination in violation of public policy fails as it is derivative of his claims for age and race discrimination, which fail.

**B.  Discrimination Based On Age**

2.  Plaintiff's claim for discrimination based on age fails because he failed to timely commence this action within 90 days from the date of receipt of Dismissal and Notice of Rights notice from the Equal Employment Opportunity Commission ("EEOC").

3.  Plaintiff's claim for discrimination based on age fails because he cannot state a *prima facie* case of discrimination as he cannot show an inference of age discrimination.

4.  Plaintiff's claim for age discrimination fails because, even assuming *arguendo* that Plaintiff can establish a *prima facie* case, Continental had legitimate, non-discriminatory business reasons for terminating Plaintiff's employment and Plaintiff cannot prove that Continental's proffered reasons for terminating his employment are pretext for any discrimination.

### C. Race Discrimination

5. Plaintiff's claim for discrimination based on race fails because he failed to timely commence this action within 90 days from the date of receipt of Dismissal and Notice of Rights notice from the EEOC.

6. Plaintiff's claim for discrimination based on race fails because he cannot state a *prima facie case* of discrimination as he cannot show an inference of race discrimination.

7. Plaintiff's claim for race discrimination fails because, even assuming arguendo that Plaintiff can establish a prima facie case, Continental had legitimate, non-discriminatory business reasons for terminating Plaintiff's employment and Plaintiff cannot prove that Continental's proffered reasons for terminating his employment are pretext for any discrimination.

Therefore, **IT IS FURTHER ORDERED** that Plaintiff take nothing by his Complaint, that this action be dismissed with prejudice on the merits, and that Defendant recover its costs.

**IT IS SO ORDERED.**

Dated: July 22, 2014

HON. S. JAMES OTERO
U.S. DISTRICT COURT JUDGE

Firmwide:126562919.1 052664.1099
4/21/14

LITTLER MENDELSON, P.C.
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308